July 25th 2023

Docket 1:23-cv-00520

CBℓ

I Charifa M. Braziel-Lee, an submitting 12 photos. This pictures are from the incident that took place at memorial medical center for excessive force, assault and battery, and sexual harassment.

Included in these photos is one particular photo identifying the ER Doctor that violently pushed me down to the ground and also took out his personal cell phone and recorded me. I identify him as Dr. Joseph Sciammarella. I will submit the video at a later date.

Respectfully,

Charifa M. Braziel-Lee

UNITED STATES DISTRICT COURT
FILED
JUL 2 5 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY















